UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>HONORATO SANTOS-SOLORIO,<br><br>　　　　　　Defendant. | No. CR-09-2081-FVS<br><br>ORDER CONTINUING TRIAL |

**THIS MATTER** came before the Court on November 12, 2009 for a pretrial conference. Defendant was present and represented by Richard A. Smith. The government was represented by James A. Goeke.

**IT IS HEREBY ORDERED:**

1. Defendant's Motion to Continue **(Ct. Rec. 69) is GRANTED**.

2. The December 7, 2009 trial date is **STRICKEN**.

3. A pretrial conference is scheduled for **February 11, 2010 at 10:00 a.m. in Yakima, Washington**.

4. Trial is continued to **February 22, 2010 at 9:00 a.m. in Yakima, Washington**.

5. Defendant's Motion for Discovery **(Ct. Rec. 34) is GRANTED IN PART**.

6. Defendant's Motion to Sever is **(Ct. Rec. 57) declared MOOT**.

7. Defendant's Motion to Compel Immediate Disclosure of Promises of Leniency, Preferential Treatment and any other Benefit to

1  Informants and Government Witnesses **(Ct. Rec. 59) is GRANTED IN PART.**

2      8.  All pretrial motions are due January 14, 2010. All responses
3  are due by January 22, 2010.  All replies are due by February 2, 2010.

4      9.  The period from November 3, 2009 to February 22, 2010 is
5  excluded for purposes of computing time under the Speedy Trial Act.
6  Additional time is needed to adequately prepare for trial and the
7  Court finds the ends of justice served by this continuance outweigh
8  the best interest of the public and defendant in a speedy trial. 18
9  U.S.C. § 3161(h)(7).

10     **IT IS SO ORDERED.**   The District Court Executive is hereby
11 directed to enter this order and furnish copies to counsel.

12     **DATED** this    19th    day of November, 2009.

                                      s/Fred Van Sickle
                                       Fred Van Sickle
                        Senior United States District Judge

ORDER CONTINUING TRIAL - 2